AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information further described in Attachments A and B that is stored at premises controlled by Google.

Case No.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information further described in Attachments A and B that is stored at premises controlled by Google, headquartered at 1600 Amphitheatre Parkway, Mounain View, California 94043.

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:
Further described in Attachments A and B. This includes the Google data for the specific areas that are listed in Attachment A for the specific time frame.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1951 | Title 18 U.S.C. § 1951 - Hobbs Act Robbery |
| Title 18 U.S.C. § 924(c) | Title 18 U.S.C. § 924(c) - Using a Firearm in furtherance of a Violent Crime |

The application is based on these facts:
Described in Affdiavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Casey Rankin Smith, Special AUSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 12, 2019

*Judge's signature*

City and state: Columbia, South Caroilna

Paige Jones Gossett, United States Magistrate Judge
*Printed name and title*